UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMILE MATTHEWS (#431418)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 10-206-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 7, 2012 (doc. no. 16). Petitioner filed an objection which essentially makes the same arguments and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition of Emile Matthews for Habeas Corpus relief is DENIED.

Baton Rouge, Louisiana, this 8th day of March, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE